UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SANDRA HALL, SPECIAL ADMINISTRATOR<br>OF THE ESTATE OF CHELSEA WEEKLEY,<br>Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ANN MARIE FLANNERY, M.D.,<br>RAGHURAM SAMPATH, M.D., and<br>SSM CARDINAL GLENNON<br>CHILDRENôS HOSPITAL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 3:13-cv-00914-MJR-DGW<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF REMOVAL**

Defendant, SSM Cardinal Glennon Childrenôs Hospital (ñCardinal Glennonò), by and through counsel, Greensfelder, Hemker & Gale, P.C., files this Notice of Removal pursuant to 28 U.S.C. §1441, et seq. to remove this case from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois. As grounds for removal, Cardinal Glennon states as follows:

1. Cardinal Glennon desires to exercise its rights under the provisions of Title 28 U.S.C. §1441, et seq., to remove this case from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, where this case is now pending in the name and style of Sandra Hall, Special Administrator of the Estate of Chelsea Weekley, Deceased v. Ann Marie Flannery, M.D., Raghuram Sampath, M.D., and SSM Cardinal Glennon Childrenôs Hospital, Case No. 13-L-373. Section 1441(a) provides: ñExcept as otherwise expressly provided by act of Congress, any civil action brought in a state court of which the District Courts of the United States have

original jurisdiction, may be removed by the defendant or the defendants to the District Court of the United States for the district and division embracing the place where such action is pending.ö

2. This action first became removable pursuant to 28 U.S.C. § 1332 and § 1441 when Cardinal Glennon was served with a copy of the Summons and Complaint.

3. This notice is filed within thirty (30) days after the removing partyôs receipt of the Summons and Complaint in compliance with 28 U.S.C. § 1446(b). (See attached copy of Plaintiffôs Complaint). Accordingly, this Notice is timely filed under 28 U.S.C. § 1446(b).

4. The nature of this action is reflected in Plaintiffôs Complaint. Plaintiffôs case is for medical malpractice, and she seeks to recover against the defendants for the alleged wrongful death of the decedent Chelsea Weekley. Plaintiff claims she has been deprived of the decedentôs support, companionship, care, love and affection.

5. Plaintiff, at the time the action in state court was commenced, was and still is a citizen of the State of Illinois; Ann Marie Flannery, M.D., at the time the action was commenced in state court, was and still is a citizen of the State of Missouri; Raghuram Sampath, M.D., at the time the action was commenced, was and still is a citizen of the State of Missouri;[1] and Cardinal Glennon, at the time the action was commenced in state court, was and still is a not for profit corporation incorporated under the laws of the State of Missouri, with its principal place of business in St. Louis, Missouri. Under the allegations in Plaintiffôs Complaint, Plaintiff states that she is seeking damages in excess of $75,000.00, plus her costs incurred herein. Based upon the foregoing, it is clear that this District Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1). None of the defendants are citizens of the state of Illinois.

[1] Upon information and belief, Defendants Ann Marie Flannery, M.D. and Raghuram Sampath, M.D. have not been served at this time. The undersigned counsel is representing all defendants, and will supplement the record with a copy of the summons directed to Dr. Flannery and Dr. Sampath upon receipt of same.

6. Venue is proper in the United States District Court for the Southern District of Illinois, as the decedentôs death occurred in St. Clair County, Illinois.

7. Cardinal Glennon has attached to this notice a copy of the Plaintiffôs Complaint which was served upon it in this cause.

8. Pursuant to the provisions of 28 U.S.C. §1441, et seq., the right exists to remove this case from the Circuit Court of St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois, which embraces the place where this action is pending.

9. Cardinal Glennon will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d).

10. A copy of this notice will be filed with the clerk of the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Cardinal Glennon requests that this action proceed in this District Court as an action properly removed and for such other and further relief as may be just and appropriate under the circumstances.

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

/s/ Edward S. Bott

Edward S. Bott, #3126866 (LEAD COUNSEL)
esb@greensfelder.com
Mary L. (ñMarielò) Taylor, # 6295494
mt@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 241-9090
(314) 241-1265 (Fax)
ATTORNEYS FOR SSM CARDINAL GLENNON CHILDRENõS HOSPITAL

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 5th day of September, 2013, a copy mailed by first class U.S. Mail, postage prepaid, to Rhonda D. Fiss, The Law Office of Rhonda D. Fiss, P.C., 23 Public Square, Suite 230, Belleville, IL 62220, Attorney for Plaintiff.

/s/ Edward S. Bott

#1434897