IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA HALL, *Special Administrator of the Estate of Chelsea Weekley, deceased,*<br><br>        Plaintiff,<br><br>    v.<br><br>ANN MARIE FLANNERY, RAGHURAM SAMPATH, and SSM CARDINAL GLENNON CHILDREN'S HOSPITAL<br><br>        Defendants. | Case No. 3:13-cv-914-MJR-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Pursuant to a Motion Hearing held on February 28, 2014, the following is hereby ORDERED:

1. Plaintiff's Motion to Quash (Doc. 31) is **DENIED.**

2. Defendants **SHALL** provide Plaintiff with a list identifying the 18 slides (containing tissue samples from the decedent) that have already been produced by the St. Clair County Coroner's Office. Defendants shall identify the slides as they are labeled or otherwise identified by the Coroner's Office. Defendants shall provide this list by March 21, 2014.

3. Defendant **SHALL** return the slides to the St. Clair County, Illinois Coroner's Office by March 21, 2014.

4. The parties **SHALL** meet and confer regarding chain-of-custody procedures of any slides or biological material that may be discovered and/or tested/viewed by the parties or experts.

5. Prior to bringing to the Court's attention any discovery dispute, the parties are reminded that they must meet and confer, or at least make a good faith effort to meet and confer, in order to settle the dispute without Court intervention. The party filing a motion or contacting the Court must submit (by e-mail or by attachment to a motion) a certification outlining the attempts to resolve the dispute prior to contacting the Court or filing a motion.

**IT IS SO ORDERED.**

**DATED: March 3, 2014**

                              **DONALD G. WILKERSON**
                              **United States Magistrate Judge**